**IN THE COURT OF COMMON PLEAS**
**BUTLER COUNTY, OHIO**
**CIVIL DIVISION**

| | | |
|---|---|---|
| **VALERIE A. SUMATE,** | : | **Case No.:  CV 2020 11 1636** |
| **Plaintiff,** | : | **JUDGE KEITH SPAETH** |
| v. | : | |
| **WAL-MART STORES, INC. d/b/a WALMART,** | : | **NOTICE OF REMOVAL OF CASE TO FEDERAL COURT** |
| **Defendant.** | : | |
| | : | |

**TO THE HONORABLE JUDGE:**

Please take notice that, pursuant to 28 U.S.C. § 1441, 28 U.S.C. § 1446, and 28 U.S.C. § 1332, Defendant Wal-Mart, Inc. hereby notifies this Court that it has this day removed this action to the United States District Court for the Southern District of Ohio, Western Division at Cincinnati.  A copy of the Notice of Removal filed in the United States District Court is attached hereto as Exhibit A.

This Court is respectfully requested to proceed no further in this action unless and until such time as the action may be remanded by order of the United States District Court.

    Respectfully submitted,

    REMINGER CO., L.P.A.

    /s/ Carrie M. Starts
    Carrie M. Starts (0083922)
    525 Vine St., Suite 1500
    Cincinnati, OH 45202
    Tel: (513) 721-1311
    Fax: (513) 721-2553
    E-mail:  cstarts@reminger.com
    *Counsel for Defendant Wal-Mart, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via e-mail, and/or regular United States mail, this 11th day of November 2020, on the following:

Robert B. Acciani
O'Conner, Acciani & Levy LPA
Suite 1600
600 Vine Street
Cincinnati, OH 45202
BBA@oal-law.com
Attorney for Plaintiff

                                              /s/ Carrie M. Starts
                                              Carrie M. Starts (0083922)